UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>    Plaintiff, )<br>            )<br>vs.         ) <br>            )<br>DAMIEN WILLIAMS, )<br>            )<br>    Defendant. )<br>_____) | 2:13-cr-00414-HDM-PAL-1<br><br><br>**ORDER** |

On November 6, 2013, the Federal Public Defender was appointed to represent Damien Williams. The court concludes that the motion of counsel for defendant to withdraw should be granted.

Accordingly, IT IS HEREBY ORDERED that Michael R. Pandullo is APPOINTED as counsel for Damien Williams in place of the Federal Public Defender for all future proceedings. The Federal Public Defender shall forward the file to Mr. Pandullo forthwith.

DATED this 13th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE